CIVIL ACTION NO. 18-C-00029                  CUMBERLAND DISTRICT COURT

THE MEDICAL CENTER AT ALBANY                PLAINTIFFS
B. F. TAYLOR MEDICAL ARTS CLINIC
CUMBERLAND COUNTY HOSPITAL, INC.

VS.                  NOTICE OF JUDGMENT LIEN

JOE D. PITCOCK                  DEFENDANT

    Notice is hereby given that in the above styled and numbered action, judgment was obtained by the Plaintiffs against defendant, Joe D. Pitcock, in the amount of $992.39, plus 6% interest per annum from the judgment date of April 25, 2018, until satisfaction, plus court costs expended therein in the amount of $143.00, in addition to attorney fees, if provided in said judgment.

    PURSUANT TO KRS. 426.720, A JUDGMENT LIEN SHALL ATTACH TO ALL REAL PROPERTY IN WHICH DEFENDANT(S) MAY HAVE AN INTEREST.

    This judgment creditor hereby certifies that a copy of this Notice of Judgment Lien was on the date hereof placed in the U.S. Mail, regular first class, postage prepaid, and addressed as follows: Joe D. Pitcock 12385 Glasgow Rd. Burkesville, KY 42717.

    In compliance with KRS 382.430 the mailing address of the lienholder is as follows: c/o Hillcrest Credit Agency, P O Box 2220, Bowling Green KY 42102-2220.

    NOTICE TO JUDGMENT DEBTOR. You may be entitled to an exemption under KRS 427.060, reprinted below. If you believe you are entitled to assert an exemption, seek legal advice.

    427.060. Homestead and burial plot exemptions - Exceptions. - In addition to any exemption of personal property, an individual debtor's aggregate interest, not to exceed five thousand dollars ($5,000.00) in value, in real or personal property that such debtor or

a dependent of such debtor uses as a permanent residence in this state, or in a burial plot for such debtor or a residence in this state, or in a burial plot for such debtor or a dependent of such debtor is exempt from sale under execution, attachment or judgment, except to foreclose a mortgage given by the owner of a homestead or for purchase money due thereon. This exemption shall not apply if the debt or liability existed prior to the purchase of the property or the erection of the improvements thereon. (1702: amend. Acts 1980, ch. 236, Section 4, effective April 9, 1980.)

This Notice of Judgment Lien shall act as a lien upon all real property in which the judgment debtor(s) has any ownership interest in this Commonwealth.

This communication is from a debt collector.

This 20 day of Sept., 2018.

HODGES & ADAMS
319 E. 10th Avenue
P.O. Box 1865
Bowling Green, KY 42102
(270)793-0065

_____
CHARLES W. ADAMS
Attorney for Plaintiffs

THIS INSTRUMENT PREPARED BY:

_____
CHARLES W. ADAMS
319 E. 10th Avenue
Bowling Green, KY 42101

HC-94084-2905692/mam

STATE OF KENTUCKY
COUNTY OF CUMBERLAND, SCT.,
This instrument was filed for record on the 24 day of Sept 20 18 at 1:05 o'clock P.M., and duly Recorded in LP Book No. 18 Page No. 637 of the records in this office.
Given under my hand this the 24 day of Sept 20 18.
KIM KING, CLERK
Elizabeth Anderson D.C.