# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Joe David Pitcock<br><br>Debtor(s) | Case No.:20−10057−jal<br><br>Chapter: 13<br>Judge: Joan A. Lloyd |

# NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Notice of Hearing regarding Motion to Strip Off Junior Lien of The Medical Center at Albany, et al regarding House & 1 acre located at 12385 Glasgow Road, Burkesville, KY 42717. Filed by Debtor Joe David Pitcock 15. ANY OBJECTION TO THE MOTION HEREIN SHALL BE FILED WITH THE COURT NO LATER THAN SEVEN DAYS PRIOR TO THE DATE OF HEARING. Hearing scheduled for 3/19/2020 at 09:00 AM (Central Time) at Warren Co Justice Center, Circuit Courtroom B, 1001 Center St, Bowling Green, KY 42101. ANY PARTY WISHING TO APPEAR BY VIDEO CONFERENCE AT ONE OF THE VIDEO CONFERENCE SITES IN THE WESTERN DISTRICT MUST CONTACT THE COURT BY PHONE AT 502−627−5600 NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING. cc: service list, The Medical Center at Albany, et al. (Graham, S)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 2/7/20

By: slg  
Deputy Clerk

FOR THE COURT  
Elizabeth H. Parks  
Clerk, U.S. Bankruptcy Court