# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Joe David Pitcock<br><br>Debtor(s) | Case No.:20−10057−jal<br><br>Chapter: 13<br>Judge: Joan A. Lloyd |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

***MATTER RESCHEDULED DUE TO COVID−19 PANDEMIC*** Order of the Court to RESCHEDULE the hearing set for April 16, 2020 on Motion to Strip Off Junior Lien of The Medical Center at Albany, et al regarding House & 1 acre located at 12385 Glasgow Road, Burkesville, KY 42717. Filed by Debtor Joe David Pitcock. 15 , so ORDERED by /s/ Judge Lloyd. Hearing is rescheduled for 5/21/2020 at 09:00 AM at Warren Co Justice Center, Circuit Courtroom B, 1001 Center St, Bowling Green, KY 42101(CENTRAL TIME).cc: parties of record (Goss, K)This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.

Dated: 3/31/20

By: kg  
Deputy Clerk

FOR THE COURT  
Elizabeth H. Parks  
Clerk, U.S. Bankruptcy Court