# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Joe David Pitcock<br><br>Debtor(s) | Case No.:20–10057–jal<br><br>Chapter: 13<br>Judge: Joan A. Lloyd |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

***MATTER RESCHEDULED DUE TO COVID−19 PANDEMIC*** Order of the Court to RESCHEDULE the hearing set for April 16, 2020 on Motion to Strip Off Junior Lien of The Medical Center at Albany, et al regarding House & 1 acre located at 12385 Glasgow Road, Burkesville, KY 42717. Filed by Debtor Joe David Pitcock. 15 , so ORDERED by /s/ Judge Lloyd. Hearing is rescheduled for 5/21/2020 at 09:00 AM at Warren Co Justice Center, Circuit Courtroom B, 1001 Center St, Bowling Green, KY 42101(CENTRAL TIME).cc: parties of record (Goss, K)This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.

Dated: 3/31/20

By: kg  
Deputy Clerk

FOR THE COURT  
Elizabeth H. Parks  
Clerk, U.S. Bankruptcy Court

```
                            United States Bankruptcy Court
                             Western District of Kentucky
In re:                                                          Case No. 20-10057-jal
Joe David Pitcock                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0644-1          User: kgoss                 Page 1 of 1         Date Rcvd: Mar 31, 2020
                              Form ID: 266                Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2020.
db             +Joe David Pitcock,    12385 Glasgow Rd.,    Burkesville, KY 42717-8560
cr             +First & Farmers National Bank f/k/a Bank of Cumber,    129 North Main Street,
                 Burkesville, KY 42717-8947
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2020 at the address(es) listed below:
              Charles R. Merrill    ustpregion08.lo.ecf@usdoj.gov
              Harlan E. Judd, III    on behalf of Creditor    First & Farmers National Bank f/k/a Bank of
               Cumberland Harlanjuddlaw@gmail.com,    juddlawsecretary@gmail.com
              John C. Rogers    on behalf of Debtor Joe David Pitcock bankruptcy@glasgow-ky.com,
               r49650@notify.bestcase.com
              William W. Lawrence -13    ECF@louchapter13.com,    ecf.bk.westky@gmail.com
                                                                                             TOTAL: 4
```